UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RODERICK WASHINGTON, | Case No. CV 14-5267-CBM(AJW) |
| Petitioner, | |
| v. | JUDGMENT |
| JOHN SCOTT, Sheriff, | |
| Respondent. | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed without prejudice.

Dated: November 14, 2014

_____
Consuelo B. Marshall
United States District Judge